**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7559**

───────────

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

RONALD MAURICE WOODS,

                                   Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CR-95-7, CA-98-18-R)

───────────

Submitted:  March 25, 1999          Decided:  March 30, 1999

───────────

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Ronald Maurice Woods, Appellant Pro Se.  Steven Randall Ramseyer,
OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald Maurice Woods seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Woods, Nos. CR-95-7; CA-98-18-R (W.D. Va. Aug. 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED